1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6
   Attorneys for Plaintiff
7  United States of America

8
              IN THE UNITED STATES DISTRICT COURT
9
                 EASTERN DISTRICT OF CALIFORNIA
10

11
   IN THE MATTER OF THE APPLICATION          CASE NO. 2:20-SW-0002-DB
12 OF THE UNITED STATES OF AMERICA
   FOR A WARRANT AUTHORIZING THE             [PROPOSED] ORDER
13 INSTALLATION AND MONITORING OF A
   TRACKING DEVICE IN OR ON A                UNDER SEAL
14 2009 BLUE NISSAN MAXIMA, WITH
   LICENSE PLATE 8LGG074
15

16

17       The United States has represented that there exists an ongoing investigation into the narcotics

18 trafficking activities of the parties named in the application and order, signed January 3, 2020, which

19 authorized agents of DEA to install and monitor a tracking device in or on a 2009 BLUE NISSAN

20 MAXIMA, with license plate 8LGG074, ("TARGET VEHICLE"), for a period of 45 days.

21       The government has further represented that service of the notice required by Federal Rules of

22 Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence

23 to the targets.

24       Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall

25 be required to serve the notice shall be postponed for 90 days from the date of this Order.

26 ///

27 ///

28 ///

                                                    1

FILED

MAR 1 8 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

Should the United States seek further postponement of the time within which it must serve the notice, it shall make further application to this Court.

IT IS SO ORDERED.

Dated: 3-17-20

Hon. Deborah Barnes
U.S. MAGISTRATE JUDGE