| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>DAVID W. SPENCER<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |  |

Attorneys for Plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A 2009 BLUE NISSAN MAXIMA, WITH LICENSE PLATE 8LGG074 | CASE NO. 2:20-SW-0002-DB<br><br>[PROPOSED] ORDER<br><br>**UNDER SEAL** |

    The United States has represented that there exists an ongoing investigation into the narcotics trafficking activities of the parties named in the application and order, signed January 3, 2020, which authorized agents of DEA to install and monitor a tracking device in or on a 2009 BLUE NISSAN MAXIMA, with license plate 8LGG074, ("TARGET VEHICLE"), for a period of 45 days.

    The government has further represented that service of the notice required by Federal Rules of Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence to the targets.

    Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed for 90 days from the date of this Order.

///

///

///

1  Should the United States seek further postponement of the time within which it must serve the
2  notice, it shall make further application to this Court.
3  IT IS SO ORDERED.

Dated: December 9, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE